# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

REFORESTATION SOLUTIONS, INC.

      Plaintiff,

v.

BURKE ENVIRONMENTAL, INC., *et al*.

      Defendants.

Civil No. 18-8095 (BRM)(DEA)

**ORDER**

This matter comes before the Court by way of correspondence from former counsel for Burke Environmental, Inc. ("Burke") stating that counsel did not receive notice of the Court's Order granting counsel's motion to withdraw (the "Order") (ECF No. 32). As such, Burke never received notice of the deadlines set forth in the Order. It appearing to the Court, based on the Court's review of the CM/ECF system, that counsel's email address may have been inadvertently removed from the list of case participants prior to electronic notice of the Order being sent,

**IT IS** on this 19th day of August, 2019,

**ORDERED** that the Clerk's entries of default against Burke (July 11 and 12, 2019) are hereby VACATED; and it is further

**ORDERED** that the Clerk is directed to administratively terminate the motions for default judgment at ECF Nos. 36 and 37; and it is further

**ORDERED** that Burke will have 30 days from the entry of this Order to obtain counsel and for counsel to enter an appearance on behalf of Burke in this action. If no such

appearance is entered, Burke will be deemed to be in default and Plaintiff Reforestation Solutions, Inc. and Third Party Defendant/Counter Claimant PKF-Mark III Inc., may renew their requests for default and motions for default judgment; and it is further

**ORDERED** that within five days of the date of this Order Connell Foley must serve a copy of this Order and the previous Order granting the motion to withdraw upon Burke and provide the Court with an address for service on Burke.

s/ *Douglas E. Arpert*
Douglas E. Arpert, U.S.M.J.