**FLORIO, PERRUCCI, STEINHARDT & CAPPELLI, LLC**
Brian R. Tipton, Esq. (Attorney ID No. 024101999)
235 Broubalow Way
Phillipsburg, New Jersey 08865
Telephone: 908-854-8300
btipton@floriolaw.com
*Attorneys for Third Party Defendant, PKF Mark III Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| REFORESTATION SOLUTIONS, INC., | : | |
| | : | Civil Action No.: |
| Plaintiff, | : | 3:18-CV-08095-BRM-DEA |
| | : | |
| v. | : | |
| | : | |
| BURKE ENVIRONMENTAL, INC., BONDEX INSURANCE GROUP, and TRAVELERS CASUALTY AND SURETY COMPANY | : | **ORDER ENTERING DEFAULT JUDGMENT AGAINST DEFENDANT/THIRD-PARTY PLAINTIFF, BURKE ENVIRONMENTAL, INC.** |
| Defendants. | : | |
| | : | |
| BURKE ENVIRONMENTAL, INC., | : | |
| Third Party Plaintiff | : | |
| v. | : | |
| PKF-MARK, III, INC., | : | |
| Third Party Defendant | : | |

**THIS MATTER** having been brought before the Court upon the application of Brian R. Tipton, Esq., attorney for Third-Party Defendant, PKF Mark, III, Inc. for an Order entering Default Judgment for PKF Mark III, Inc., against Defendant/Third-Party Plaintiff,

{00746073.DOCX v.1}

Burke Environmental, Inc., and the Court, having considered the submission made by counsel, and for good cause shown:

IT IS ON THIS 10th DAY OF March 2020:

**ORDERED** that Default Judgment shall be entered for PKF Mark III, Inc. and against Defendant/Third-Party Plaintiff, Burke Environmental, Inc. for the sum of $55,512.34; and

IT IS FURTHER ORDERED that Third-Party Defendant's Counsel shall forward a copy of this Order to Defendant/Third-Party Plaintiff within seven (7) business days of receipt thereof.

BY: _____
~~HON. DOUGLAS E. APERT, U.S.M.J.~~
BRIAN R. MARTINOTTI, USDJ

{00746073.DOCX v.1}