**TESSER & COHEN**
946 Main Street
Hackensack, New Jersey 07601
(201) 343-1100
Attorneys for Plaintiff,
 Reforestation Solutions, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| REFORESTATION SOLUTIONS, INC., | : |
| Plaintiff, | : |
| vs. | : Civil Action No. 3:18-cv-08095 (BRM/DEA) |
| BURKE ENVIRONMENTAL, INC., BONDEX INSURANCE GROUP, and TRAVELERS CASUALTY AND SURETY COMPANY, | : **FINAL JUDGMENT BY DEFAULT** <br> : **AGAINST BURKE** <br> : **ENVIRONMENTAL GROUP, INC.** |
| Defendants. | : |

THIS MATTER having been opened to the Court by Tesser & Cohen, attorneys for plaintiff Reforestation Solutions, Inc., on an application for a default judgment against defendant Burke Environmental, Inc. pursuant to F.R.C.P. 55(b), and default having been entered against the Burke Environmental, Inc. on July 11, 2019 for failure to plead or otherwise defend, and for good cause shown;

IT IS on this 10th day of March, 2020, ORDERED and ADJUDGED that:

1. Judgment be and hereby is entered in favor of plaintiff Reforestation Solutions, Inc. and against defendant Burke Environmental, Inc. in the principal amount of $155,423.00.

2. Interest be and hereby is awarded, pursuant to N.J.S.A. 2A:30A-2, in the sum of $15,709.89 for the period from July 14, 2017 to July 15, 2019, with interest continuing to accrue at the prime rate of interest plus one percent until this judgment has been satisfied.

_____
HON. BRIAN R. MARTINOTTI USDJ